ORDERED UNSEALED on **10/17/2025**   s/ STN

**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL LA SALLE, aka "Silver,"<br>aka "Jesus Daniel La Salle," aka<br>"Jesus Daniel Teran,"<br><br>　　　　Defendant. | MAGISTRATE CASE NO.: 25mj5641<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br>Title 18, U.S.C. §1957 – Money Laundering |

The undersigned Complainant, being duly sworn, states:

On or about January 31, 2022, within the Southern District of California and elsewhere, defendant DANIEL LA SALLE, aka "Silver," aka "Jesus Daniel La Salle," aka "Jesus Daniel Teran," did knowingly engage and attempt to engage in the following monetary transactions by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is, the deposit, withdrawal, and transfer of U.S. currency or monetary instruments, such property having been derived from a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343: an interstate wire in the amount of approximately $459,678.08 from La Salle Conglomerate's Wells Fargo Bank Account x1525 to New Venture Escrow

for the purchase of 8874 La Jolla Scenic Drive N., La Jolla, CA 92037; all in violation of Title 18, United States Code, Section 1957.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Benjamin C. Crilly
Special Agent
Internal Revenue Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. Proc. 4.1 by telephone on this 17th day of October 2025.

_____
HONORABLE DANIEL E. BUTCHER
UNITED STATES MAGISTRATE
JUDGE

## STATEMENT OF PROBABLE CAUSE

### *Overview of Investigation*

In May of 2024, the San Diego Human Trafficking Task Force (SDHTTF) initiated an investigation into Daniel LA SALLE ("LA SALLE") who had been identified as the owner/lessor of short-term rental properties throughout the San Diego County that cater to illicit activity including pimping, prostitution, and human trafficking.

LA SALLE was the principal owner of La Salle Conglomerate, LLC, which holds itself out to be involved in the accommodations/real estate industry. La Salle Conglomerate held accounts at Wells Fargo Bank, including account numbers x3821, ("Account x3821") and x1525 ("Account x1525"). LA SALLE is the sole signer on both of those accounts.

### *Small Business Administration*

The United States Small Business Administration ("SBA") was an executive branch agency of the United States government that provided support to entrepreneurs and small businesses. The mission of the SBA was to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses and by assisting in the economic recovery of communities after disasters.

As part of this effort, the SBA facilitated loans through banks, credit unions, and other lenders. These loans had government-backed guarantees.

### *The Economic Injury Disaster Loan Program*

The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal law enacted in or around March 2020 and designed to provide emergency financial assistance to the millions of Americans wo were suffering the economic effects caused by the COVID-19 pandemic.

One source of relief provided by the CARES Act was the expansion of an existing disaster-related program, the Economic Injury Disaster Loan ("EIDL") Program. The EIDL Program was an SBA program designed to provide economic relief to eligible small businesses that were experiencing substantial financial disruption due to the COVID-19 pandemic. Through the EIDL Program, the CARES Act authorized the SBA to provide working capital in the form of low interest, long-term loans. In addition, the CARES Act authorized the SBA to issue advances of up to $10,000 to small businesses applying for an EIDL. The advances did not have to be repaid.

To obtain and EIDL and advance, a qualifying business was required to submit an application to the SBA and provide information about its operations, such as the number of employees and gross revenues for the 12-month period preceding the date of the disaster (January 31, 2020). Applicants certified that all the information in the application was true and correct to the best of their knowledge.

EIDL applications were submitted directly to the SBA. The amount of the loan was determined, in part, on the information provided by the applicant, including information about gross revenues, as described above.

Any funds issued under an EIDL or advance are issued directly from the United States Treasury. EIDL funds could be used for working capital to pay fixed debts, payroll, accounts payable, and other necessary business obligations that could not be met as a direct result of the disaster.

### *La Salle's EIDL Loan Application*

On or about March 30, 2020, LA SALLE electronically submitted an EIDL Program application to the SBA in the name of La Salle Conglomerate (the "EIDL Application"). LA SALLE signed the EIDL Application and certified that all information in the application and supporting documents was true and correct.

Based on LA SALLE's representations in the EIDL Application, and the documents submitted in support thereof, the SBA approved the application and authorized a loan in the amount of $150,000.

On or about May 17, 2020, LA SALLE signed a Loan Authorization and Agreement along with a related Security Agreement, on behalf of La Salle Conglomerate. In those agreements, among other representations, LA SALLE certified that:

    a. "[b]orrower will use all the proceeds of this Loan solely as working capital to alleviate economic injury cause by disaster occurring in the month of January 31, 2020 and continuing thereafter[;]" and

    b. "none of the Obligations are or will be primarily for personal, family or household purposes[.]"

LA SALLE electronically signed the Loan Authorization and Agreement under penalty of perjury and certified that he was authorized to apply for and obtain a disaster loan on behalf of La Salle Conglomerate "in connection with the effects of the COVID-19 emergency." LA SALLE caused the Loan Authorization and Agreement to be electronically transmitted via the Internet.

### *EIDL Funds Disbursements*

Based on LA SALLE's representations, on or about April 13, 2020, the SBA paid an advance in the amount of approximately $5,000, which was deposited into Account x3821. Then, on or about May 19, 2020, the SBA disbursed approximately $149,900 in loan proceeds into Account x3821.

On or about April 28, 2021, La Salle requested a loan modification to increase the amount borrowed by an additional $350,000. The request was granted, and the additional funds were deposited in Account x3821 on July 28, 2021.

On or about November 1, 2021, La Salle requested an additional loan modification to increase the amount borrowed by an additional $1,500,000. The

5

request was granted, and those additional funds were deposited into Account x3821 on December 10, 2021.

In total, La Salle borrowed $2,000,000 from the federal government through the EIDL program, which was the maximum amount allowed under the program.

### *Movement and Use of EIDL Funds*

After receiving an EIDL disbursement of $1,500,000 into Account x3821 on December 10, 2021, LA SALLE caused the transfer of $1,300,000 from Account x3821 to Account x1525.

Beginning on December 29, 2021, and through January 31, 2022, LA SALLE caused multiple wire transfers totaling $584,678.08 from Accounts x3821 and x1525 to New Venture Escrow, 3638 Camino Del Rio North, Suite 300, San Diego, CA 92108, for the purpose of purchasing 8874 La Jolla Scenic Drive N., La Jolla, CA 92037. Specifically:

a. December 29, 2021 - an interstate wire in the amount of approximately $25,000 from La Salle Conglomerate's WFB x3821 to New Venture Escrow for the purchase of 8874 La Jolla Scenic Drive N., La Jolla, CA 92037

b. January 31, 2022 - an interstate wire in the amount of approximately $459,678.08 wire from La Salle Conglomerate's La Salle Conglomerate's WFB x1525 to New Venture Escrow for the purchase of 8874 La Jolla Scenic Drive N., La Jolla, CA 92037

//
//
//
//
//
//
//

6



At the time of the real property purchase in February 2022, a title deed was recorded with the San Diego County Recorder's Office naming "Daniel and [A.L.], Husband and Wife" as the owners of the property. After the execution of search and seizure warrants in June 2025, both LA SALLE and A.L. became aware that LA SALLE was under investigation by state and federal authorities with regard to human trafficking activities. Then, on July 10, 2025, a quitclaim deed was filed with the County Recorder's Office, transferring title of the property solely to A.L.

### *The sale of real property located at 8874 La Jolla Scenic Drive N., La Jolla, CA 92037, Parcel No. 344-142-09-00*

On or about September 19, 2025, an agreement was entered into between A.L. and a buyer to purchase the real property at 8874 La Jolla Scenic Drive N, for $2,495,000.00.00. The property is in escrow at Chartwell Escrow, 12555 High Bluff

Drive, Suite 185, Del Mar, CA 92130. The closing date is set for October 17, 2025, but may close at any time.

On October 10, 2025, the Honorable Steve B. Chu, United States Magistrate Judge, issued seizure warrant 25MJ5596 for the proceeds from the sale of the real property located at 8874 La Jolla Scenic Drive N.